**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RODNEY SHIVELY, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br>v.<br>CARRIER IQ, INC. and DOES 1-50,<br><br>Defendants. | Case No.: 12-CV-00290-LHK<br><br>ORDER REFERRING MATTER FOR RELATED CASE DETERMINATION |

Pursuant to Civil Local Rule 3-12(c), the above captioned matter is hereby referred to the Honorable Edward J. Davila for a determination as to whether it is related to: *Kenny et al. v. Carrier IQ, Inc. et al.*, 11-cv-05774-EJD.

**IT IS SO ORDERED.**

Dated: March 7, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge