MELISSA MEEKER HARNETT (Bar No. 164309)
  mharnett@wccelaw.com
JESSE B. LEVIN (Bar No. 268047)
  jlevin@wccelaw.com
**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
5567 Reseda Boulevard, Suite 330
Post Office Box 7033
Tarzana, California 91357-7033
Telephone: (818) 705-6800 • (323) 872-0995
Facsimile:  (818) 345-0162

Attorneys for Plaintiff RODNEY SHIVELY, individually and on behalf of others similarly situated

IT IS SO ORDERED
Judge Edward J. Davila
3/14/2012

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| RODNEY SHIVELY, individually and on behalf of others similarly situated, ,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIER IQ, INC., a Corporation headquartered in California, and GOOGLE, INC., a Corporation headquartered in California, and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 5:12-cv-00290 EJD<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) F.R.Civ.P.** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE: Only Defendant GOOGLE, INC. is dismissed without prejudice from the Complaint brought by Plaintiff RODNEY SHIVELY. This dismissal is made pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Pursuant to stipulation of the parties, this dismissal is made without prejudice to Plaintiff Shively's right to seek remand.

DATED: February 13, 2012

**WASSERMAN, COMDEN, CASSELMAN & ESENSTEN, L.L.P.**
MELISSA MEEKER HARNETT
JESSE B. LEVIN

By: /s/ Melissa Meeker Harnett
MELISSA MEEKER HARNETT
Attorneys for Plaintiff RODNEY SHIVELY, individually and on behalf of others similarly situated

1016497.1

2

5:12cv290-HRL

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a) F.R.Civ.P.